8 So.2d 450

**James Milton SHERRILL v. Ralph DOUG-LAS (Douglass Construction Co.)**

**6 Div. 906.**

Court of Appeals of Alabama.
May 26, 1942.

Taylor & Jeffrey, of Birmingham, for appellant.

Graham & Wingo, of Birmingham, for appellee.

RICE, Judge.

The propositions of law involved in this case are those dealt with in the case of James Milton Sherrill v. Guy Acton, etc., ante, p. 514, 8 So.2d 449, this day decided by this court.

Nothing need be said here that has not already been said by Judge SIMPSON in his opinion for the court in the case just cited.

And upon the authority of the opinion and judgment in said case, the judgment here is affirmed.

Affirmed.